Friday,
June 7.

DAILY and Others *v.* McQUIGG.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Complaint to foreclose a mortgage. Judgment by default as to all the defendants except one, who answered. There is no error in the record.

The judgment is affirmed, with costs, and 5 per cent. damages.

*Martin Igoe,* for the appellants.